
# SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JAMES WALLACE BUSS,<br><br>　　　　　　Defendant. | Case No.:　**20-MJ-4395**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about August 5, 2020, within the Southern District of California, defendant JAMES WALLACE BUSS, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: 9 millimeter Ruger live ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

//
//
//
//
//
//
//
//

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Nestor Hernandez
Task Force Officer

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 8th day of October, 2020.

_____
HON. KAREN S. CRAWFORD
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

On August 5, 2020, a San Diego Police Department (SDPD) officer was on duty by the 7-Eleven store located at 151 N. Highland Avenue, National City, in the Southern District of California. The officer observed an older model, silver Volkswagen vehicle parked in front of the 7-Eleven. A records check by SDPD revealed the paper plate belonged to a brand new 2020 Audi vehicle.

The officer contacted and informed JAMES WALLACE BUSS about the nature of the contact. Officers conducted record checks on the VIN of the vehicle. The record checks revealed that the registration of the vehicle was expired as of July 2, 2020. Officers further conducted record checks for the vehicle. From the record checks, officers learned that BUSS had numerous arrests for possession of firearms, and was on probation for firearms.

Officers returned to the vehicle to investigate the status of BUSS's probation. BUSS then informed officers that he had a firearm located on him. Officers retrieved a black semiautomatic firearm similar to a "Glock" with a magazine that held nine rounds from BUSS's waistband. The firearm did not contain a serial number, make, or model. This type of firearm, referred to as a "Ghost gun," are often easy to obtain and virtually untraceable. Officers further located 9 millimeter Ruger live ammunition. Officers also located a clear plastic baggie with a small usable amount of a crystalline substance and a small amount of marijuana inside BUSS's left sock.

Additional follow-up by officers preliminary determined that this ammunition was not manufactured in the State of California. Officers also revealed that BUSS self identifies as an active "Imperials" gang member.

//

//

//

//

A records check on BUSS revealed that he had the following criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 05/25/00 | California Superior Court – San Diego | Cal. Penal Code 10851(A); Vehicle Theft | 16 months state prison |
| 10/08/98 | California Superior Court – San Diego | Cal. Penal Code 459 PC- Burglary | 3 years state probation |

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee, may cause destruction of evidence, or otherwise have a negative impact on this continuing investigation.